## MINOT v. REYNOLDS et al.

No. 13064—Opinion Filed Feb. 3, 1925.

### Appeal and Error—Failure to File Brief—Effect.

Where plaintiff fails to file brief as provided for in rule 7 of this court, or to give the court any excuse for such failure, the court may continue or dismiss the cause or reverse or affirm the judgment at its discretion.

(Syllabus by Threadgill, C.)

Commissioners' Opinion, Division No. 3.

Error from Superior Court, Creek County; Gaylord R. Wilcox, Judge.

Action by Mrs. Hattie Reynolds against Ben J. Minot and C. N. Payton, for damages. Judgment for plaintiff, and defendant Ben J. Minot, brings error. Dismissed.

Wallace & Wallace and O'Meara, Bush & Moss, for plaintiff in error.

Biddison & Campbell and R. B. Thompson, for defendants in error.

Opinion by THREADGILL, C. This is an action wherein Mrs. Hattie Reynolds, one of the defendants in error, as plaintiff, brought suit against Ben J. Minot, plaintiff in error, and C. H. Payton, one of the defendants in error, as defendants, for damages in the wrongful taking of an automobile from her, and for slander. Judgment was for plaintiff in the trial court, and Ben J. Minot appealed by petition in error and case-made attached. The record was filed in this court February 25, 1922. Plaintiff in error has failed to file brief in the case as required by rule 7 of the court and has failed to give any excuse for such failure. We are, therefore, of the opinion the appeal should be dismissed.

By the Court: It is so ordered.

Note.—See under (1) 3 C. J. p. 1444.